**Order entered April 22, 2020**



In The
## Court of Appeals
## Fifth District of Texas at Dallas

### No. 05-16-00671-CV

## ST. JOHN MISSIONARY BAPTIST CHURCH, SYMPHUEL ANDERSON, BEVERLY DAVIS AND PATRICIA MAYS, Appellants

### V.

## MERLE FLAKES, ELOISE SQUARE, MARY JO EVANS, ANNIE KATHERINE WHITE, ELLA MAE ROLLINS, EDDIE ABNEY, GWEDOLYN BROWN, MARK HORTON, DAVID PAILIN, SR., DEE PATTERSON AND PENNY WHITE, Appellees

### On Appeal from the 160th Judicial District Court
### Dallas County, Texas
### Trial Court Cause No. DC-15-04696

### ORDER

Before the Court is appellees' unopposed motion for extension of time to file an amended brief in which appellees request a thirty-day extension of time. We **GRANT** appellees' request for an extension and **ORDER** that appellees may, but are not required to, file an amended brief by May 30, 2020.

//s/    DAVID EVANS
         JUSTICE